UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 5:25-cr-00198-KK-6 | Date: 6/17/2025 |
| Present: The Honorable: Jean P. Rosenbluth, United States Magistrate Judge | |
| Interpreter: Alejandro Franco | Language: Spanish |
| Bea Martinez | 06/17/2025 | Brenda N. Galvan |
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) ✔ Present In Custody | Attorneys for Defendants: ✔ Present CJA |
|---|---|
| JESON NELON PRESILLA FLORES | John D. Robertson S/A by Robert Bernstein |

Proceedings: Arraignment of Defendant and/or   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Alejandro Franco; Language: Spanish
* Defendant is arraigned and the Court does not question defendant as to true name.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Kenly Kiya Kato.
* It is ordered that the following dates and times are set: Jury Trial: 8/11/2025 8:30 AM; Pre-Trial Conference: 7/24/2025 1:30 PM; Motion Hearing: 7/24/2025 1:30 PM
* Government counsel provides trial estimate of 1 week.
* The parties are referred to Judge Kato's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.  For cases with previously assigned co-defendant(s), the parties are referred to the docket to review Judge Kato's criminal standing order, previously issued upon the first arraignment.
Judge Kato is located in 3, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA 92501-3801.

cc: PSALA    PSAED    PSASA
    ✔ USMLA    USMED    USMSA
    Statistics Clerk        Interpreter
    CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: 00 : 03
Arraignment: 00 : 03
Initials of Deputy Clerk: BM by NN