UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 5:25-cr-00198-KK-3   Date: 6/17/2025

Present: The Honorable: Michael B. Kaufman, United States Magistrate Judge

Interpreter: Javier Villalobos   Language: Spanish

| James Munoz | 06/17/2025 | Alix Sandman |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✔ Present   In Custody    Attorneys for Defendants:   ✔ Present   DFPD

Pablo Raul Lugo Larroig                              Kyra Kristine Nickell

Proceedings: Arraignment of Defendant and/or   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant is arraigned and the Court does not question defendant as to true name.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Kenly Kiya Kato.
* It is ordered that the following dates and times are set: Jury Trial: 8/11/2025 8:30 AM; Pre-Trial Conference: 7/24/2025 1:30 PM; Motion Hearing: 7/24/2025 1:30 PM
* Government counsel provides trial estimate of 2 - 3 days.
* The parties are referred to Judge Kato's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.  For cases with previously assigned co-defendant(s), the parties are referred to the docket to review Judge Kato's criminal standing order, previously issued upon the first arraignment.
Judge Kato is located in 3, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA 92501-3801.

cc:   PSALA         PSAED         PSASA         Initial Appearance/Appointment of Counsel: 00 : 03
   ✔ USMLA         USMED         USMSA         Arrangement: 00 : 03
      Statistics Clerk             Interpreter
      CJA Supervising Attorney     Fiscal        Initials of Deputy Clerk: JM by NN