CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
YOUNG J. KIM (Bar No. 264195)
Deputy Federal Public Defender
(E-mail: Young_Kim@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
PABLO RAUL LUGO LARROIG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-cr-00198-KK-3 |
| Plaintiff, | NOTICE OF REASSIGNMENT OF COUNSEL |
| v. | |
| PABLO RAUL LUGO LARROIG, | |
| Defendant. | |

Notice is hereby given that the above-entitled case has been reassigned to Deputy Federal Public Defender Young J. Kim, in place and stead of Kyra Kristine Nickell. Please make all necessary entries to the court's Case Management/Electronic Case Filing System to accurately reflect this reassignment and to ensure that defense counsel receives all notifications relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: June 23, 2025        By /s/ Young J. Kim

YOUNG J. KIM
Deputy Federal Public Defender