Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2025 JUN 17 AM 10:11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ari

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

Jeson Nelon Presilla Flores
USMS# _____
DEFENDANT

CASE NUMBER: 5:25-CR-00198-KK-6

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **6/17/25** at **8:25** ☒AM ☐PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐AM ☐PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   Title 18, United States Code, Section(s) 371 and 659

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes  Language: **Spanish**

7. Year of Birth: **1982**

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: **Mayra Meza**

10. Remarks (if any): _____

11. Name: **Lisa Shanahan**   (please print)

12. Office Phone Number: **310-477-6565**

13. Agency: **FBI**

14. Signature: *Lisa Shanahan*

15. Date: **6/17/25**

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION