# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☑ LA ☐ RS ☐ SA   DATE FILED: 6/11/2025 |
| | CASE NUMBER: 5:25-cr-00198-KK-6   ☐ Under Seal |
| v. | INIT. APP. DATE: 6/17/2025   TIME: 1:30 PM |
| JESON NELON PRESILLA FLORES | CHARGING DOC: Indictment |
| | DEFENDANT STATUS: In Custody |
| | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| DEFENDANT. | VIOLATION: 18:371 |
| | COURTSMART/REPORTER: CS 6/17/2025 |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Jean P. Rosenbluth | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:** Bea Martinez (Deputy Clerk)   Brenda N. Galvan (Assistant U.S. Attorney)   Spanish / Alejandro Franco (Interpreter / Language)

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☐ Defendant states true name ☐ is as charged ☐ is _____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☑ Attorney: John D. Robertson   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☐ DFPD ☑ Panel ☐ Poss. Contribution
- Ordered (see separate order)   ☑ Special appearance by: Robert Bernstein
- ☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at 11:30 AM in Riverside
- ☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in Riverside
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights.   ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☐ Warrant of removal and final commitment to issue. Date issued: _____   By CRD: _____
  - ☐ Warrant of removal and final commitment are ordered stayed until _____
- ☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
- ☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom   ☐ Judge's Courtroom _____
- ☑ Defendant committed to the custody of the U.S. Marshal   ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____ ).
- ☑ Other: Arraignment chld. See separate minutes.

**RECEIVED:** ☐ PSA ☐ PROBATION ☑ FINANCIAL ☐ CR-10   ☑ READY   Deputy Clerk Initials: bm / OB

M-5 (10/23)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1