```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  CHRISTINA T. SHAY
    Assistant United States Attorney
 3  Chief, Criminal Division
    KEVIN J. BUTLER (Cal. Bar No. 329129)
 4  JENA A. MACCABE (Cal. Bar No. 316637)
    Assistant United States Attorneys
 5  Violent and Organized Crime Section
         1300 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-6495/5046
         Facsimile: (213) 894-0141
 8       E-mail:    kevin.butler2@usdoj.gov
                    jena.maccabe@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:25-cr-00198-KK-3, 6 |
|---|---|
| Plaintiff, | <u>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u> |
| v. | |
| PABLO RAUL LUGO LARROIG, aka "Walter Loza," and JESON NELON PRESILLA FLORES, | **[PROPOSED] TRIAL DATE: 02-23-26** |
| Defendants. | **[PROPOSED] PRETRIAL CONFERENCE AND MOTION HEARING DATE: 02-05-26** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on July 21, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from August 11, 2025, to February 23, 2026, at 8:30 a.m. The pretrial conference and motion hearing is continued to February 5, 2026, at 1:30 p.m.

2. The time period of August 11, 2025, to February 23, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//
//

additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

| | |
|---|---|
| _July 22, 2025_ | _/s/ Kenly Kato_ |
| DATE | HONORABLE KENLY KIYA KATO<br>UNITED STATES DISTRICT JUDGE |

Presented by:

    /s/
KEVIN J. BUTLER
JENA A. MACCABE
Assistant United States Attorneys