YOUNG J. KIM (No. 264159)
Deputy Federal Public Defender
(Email: Young_Kim@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Tel: 951-276-6346
Fax: 951-276-6368

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

PABLO RAUL LUGO LARROIG

DEFENDANT.

CASE NUMBER

5:25-cr-00198-KK-3

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING**

Application is made by ☐ plaintiff ☑ defendant Pablo Raul Lugo Larroig that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Michael B. Kaufman by order dated: 06/18/25

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Mr. Lugo Larroig has identifed bail resources that were not available at the last detention hearing. Further, Mr. Lugo Larroig and government counsel have stipulated to bond conditions, attached as Exhibit A, and are jointly moving for reconsideration of detention.

Relief sought *(be specific)*:
Mr. Lugo Larroig prays that he be released on bond.

Counsel for the defendant and plaintiff United States Government consulted on _____ and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on 07/25/25 .

An interpreter is ☑ required ☐ not required. Language Spanish
Defendant is ☑ in custody ☐ not in custody.

07/25/25
Date

/s/ Young J. Kim
Moving Party