YOUNG J. KIM (No. 264195)
Deputy Federal Public Defender
(Email: Young_Kim@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Tel: 951-276-6346
Fax: 951-276-6368

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>PABLO RAUL LUGO LARROIG<br><br>DEFENDANT. | CASE NUMBER<br><br>5:25-cr-00198-KK-3<br><br>**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,**<br>**(18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☐ Magistrate Judge _____

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐ is not approved.

☐ Other: _____

An interpreter is ☑ required ☐ is not required. Language  Spanish
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

_____   _____   _____
Date                    Deputy Clerk              Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☐ PSA.

---

**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)**

CR-88A (10/09)