**Pretrial Services Report for the Honorable** [                    ]

**Re:**

## Recommendation

| | | |
|---|---|---|
| ☒ Set bail as indicated below | ☐ Change/modify as indicated | ☐ Remain as previously set |
| ☐ No recommendation | ☐ Temporary detention §3142(d) | ☐ Detention §3142(e) |

## Type of Bond

1. ☐ Personal Recognizance
2. ☐ Unsecured Appearance Bond $_____
3. ☒ Appearance Bond $_____
   - (a) ☐ Cash Deposit $_____
   - (b) ☒ Affidavit of Surety Without Justification [CR-4] Signed by:

(c) ☐ Affidavit With Justification of Surety [CR-3] Signed by:

☐ With Full Deeding of Property

4. ☐ Collateral Bond in the Amount of (Cash or Negotiable Securities) $_____
5. ☐ Corporate Surety Bond in the Amount of $_____

☐ Forthwith Release with Bond to be Posted by:_____

## Conditions of Release
*In addition to the General Conditions of Release:*

☐ No U.S. Probation and Pretrial Services supervision

1. ☒ Submit to United States Probation and Pretrial Services supervision as directed by Supervising Agency.
2. ☒ Surrender all passports and travel documents to Supervising Agency no later than _____, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.
3. ☒ Travel is restricted to **Central District of California** unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel as well as for any domestic travel if the defendant is in a Location Monitoring Program or as otherwise provided for below.
4. ☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.
5. ☒ Maintain or actively seek employment unless excused by Supervising Agency for schooling, training, or other reasons approved by Supervising Agency. Verification to be provided to Supervising Agency. ☒ Employment to be approved by Supervising Agency.
6. ☒ Avoid all contact, directly or indirectly (including by any electronic means), with any known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ ; ☐ except for _____.
7. ☒ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may have contact with the following codefendants without your counsel present:
_____

Re:

Conditions of Release (continued from previous page)

8. ☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapon. ☐ Surrender any such item as directed by Supervising Agency by_____ and provide proof to Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

9. ☐ Do not use or possess any identification, mail matter, access device (including, but not limited to, credit and debit cards), or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency.
☐ In order to determine compliance, you agree submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

10. ☐ Do not engage in telemarketing.

11. ☐ Do not sell, transfer, or give away any asset valued at $_____ or more without notifying and obtaining permission from the Court, except_____.

12. ☐ Do not engage in tax preparation for others.

13. ☐ Do not use alcohol. ☐ Submit to alcohol testing. If directed to do so, participate in outpatient treatment as approved by Supervising Agency. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency.

14. ☐ Do not use or possess illegal drugs or state-authorized marijuana. ☐ Submit to drug testing. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency. If directed to do so, participate in outpatient treatment as approved by Supervising Agency.
☐ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

15. ☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or any street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

16. ☐ Participate in residential substance abuse treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to Supervising Agency only**.

17. ☐ Participate in mental health treatment, which may include evaluation, counseling, or treatment as directed by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

18. ☒ Participate in the Location Monitoring Program marked below and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency. You must pay all or part of the costs of the program based upon your ability to pay as determined by the Supervising Agency. You are financially responsible for any lost or damaged equipment.

   a. **Location Monitoring Restrictions (Select One)**
      ☐ **Location Monitoring only - no residential restrictions**
      ☐ **Curfew**: Curfew requires you to remain at home during set time periods. **(Select One)**
         ☐ As directed by Supervising Agency; **or**
         ☐ You are restricted to your residence every day from_____ to _____
      ☒ **Home Detention**: Home detention requires you to remain at home at all times except for employment, education, religious services, medical needs or treatment, attorney visits, court appearances and obligations, essential needs, and _____, all of which must be preapproved by the Supervising Agency.
      ☐ **Home Incarceration**: Home Incarceration requires you to be at home 24 hours a day except for medical needs or treatment, attorney visits, court appearances or obligations, and _____, all of which must be preapproved by Supervising Agency.

Re:

Conditions of Release (continued from previous page)

    b. **Location Monitoring Technology (Select One)**
- [ ] Location Monitoring technology at the discretion of the Supervising Agency. (If checked, skip to c)
- [x] Location Monitoring with an ankle monitor (Select one below)
  - [ ] at the discretion of the Supervising Agency **or**
  - [ ] Radio Frequency (RF) **or**
  - [x] Global Positioning System (GPS)

or

- [ ] Location Monitoring **without** an ankle monitor (Select one below)
  - [ ] at the discretion of the Supervising Agency **or**
  - [ ] Virtual/Biometric (smartphone required to participate) **or**
  - [ ] Voice Recognition (landline required to participate)

    c. **Location Monitoring Release Instructions (Select One)**
- [x] Release to Supervising Agency only **or** [ ] Enroll in the location monitoring program within 24 hours of release.

19. [ ] You are placed in the third-party custody (*Form CR-31*) of _____.

20. [ ] Clear outstanding [ ] warrants or [ ] DMV and traffic violations and provide proof to Supervising Agency within ___ days of release from custody.

21. [ ] Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data. [ ] In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

22. [ ] All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

23. [ ] Do not use or possess more than one virtual currency wallet/account, and that one wallet/account must be used for all virtual currency transactions. Do not obtain or open a virtual currency wallet/account without prior approval of Supervising Agency. You must disclose all virtual currency wallets/accounts to Supervising Agency when supervision starts and must make them available to Supervising Agency upon request. You may use or possess only open public blockchain virtual currencies and are prohibited from using private blockchain virtual currencies unless prior approval is obtained from Supervising Agency. [ ] In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, which may be in conjunction with law enforcement.

**Cases Involving a Sex-Offense Allegation**

24. [ ] Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit visual depictions of sexually explicit conduct involving children. [ ] In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

25. [ ] All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations of the of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

26. [ ] Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person under the age of 18 except in the presence of the parent or legal guardian of the minor after you have notified the parent or legal guardian of the pending charges or convictions involving a sex offense and only as authorized by Supervising Agency

Re:

**Conditions of Release (continued from previous page)**

27. ☐ Do not enter or loiter within 100 feet of schoolyards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, amusement and theme parks, or other places frequented by persons under the age of 18 and only as authorized to do so by Supervising Agency.

28. ☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

29. ☐ Do not view or possess child pornography or child erotica, including but not limited to pictures, photographs, books, writings, drawings, or videos depicting or describing child pornography. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, by Supervising Agency, which may be in conjunction with law enforcement.

30. ☐ Other conditions:

**Submitted by Officer:**                                         **Telephone:**

**Approved by Supervisor:**                                     **Telephone:**

PTS07 (Revised 10/18/2024)