UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No.   5:25-cr-00198-KK-2                                    Date:  7/28/2025

Present: The Honorable: David T. Bristow, United States Magistrate Judge

Interpreter  George Gage                                   Language  Spanish

Rebecca Camacho                    RS-CS-4                    Benjamin Joseph Weir
_Deputy Clerk_              _Court Reporter / Recorder_          _Assistant U.S. Attorney_

U.S.A. v. Defendant(s)    ✓  Present  In Custody        Attorneys for Defendants:    Present  Retained

Jazael Padilla Resto                              Elon Berk

**Proceedings: Arraignment of**      **Assignment of Case**      **Appointment of Counsel**
**Defendant and/or**            ✓  **Initial Appearance**

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: George Gage; Language: Spanish
* Defendant states true name is Alberto Javier Loza.
* Court ORDERS the caption of the Indictment to be changed to reflect defendant's different true name.
* Counsel are directed to file all future documents reflecting the true name as stated on the record.
* Defendant is advised that he/she is not required to make a statement and that anything said at the arraignment proceeding may be used against the defendant in subsequent proceedings.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Court asks whether the defendant formally waives a detailed reading of the Indictment, and defendant waives reading thereof.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Kenly Kiya Kato.
* It is ordered that the following date(s) and time(s) are set:
    Jury Trial: 9/22/2025 8:30 AM;
    Pre-Trial Conference: 9/4/2025 1:30 PM;
    Motion Hearing: 9/4/2025 1:30 PM
* Government moves for permanent detention of the defendant.
* Court grants the Government's request and orders the defendant permanently detained.
* Defendant committed to the custody of the U.S. Marshal.

cc:    PSALA        PSAED        PSASA          **Initial Appearance/Appointment of Counsel:**    : 05
       USMLA        USMED        USMSA
       Statistics Clerk          Interpreter                    **Arraignment:**    : 11
       CJA Supervising Attorney    Fiscal
                                                  **Initials of Deputy Clerk:**  rec

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No.  5:25-cr-00198-KK-2                                    Date: 7/28/2025

Present: The Honorable: David T. Bristow

Interpreter  George Gage                              Language  Spanish

| Rebecca Camacho | RS-CS-4 | Benjamin Joseph Weir |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✓ Present  In Custody        Attorneys for Defendants:  ✓ Present  Retained

Jazael Padilla Resto                              Elon Berk

**Proceedings: Arraignment of**        **Assignment of Case**        **Appointment of Counsel**
**Defendant and/or**                ✓  **Initial Appearance**

* Government counsel provides trial estimate of 7-10 days.

* The parties are referred to Judge Kato's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.  For cases with previously assigned co-defendant(s), the parties are referred to the docket to review Judge Kato's criminal standing order, previously issued upon the first arraignment.

Judge Kato is located in 3, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA 92501-3801.

cc:  PSALA          PSAED          PSASA        Initial Appearance/Appointment of Counsel:        : 05
     USMLA          USMED          USMSA                                    Arraignment:        : 11
     Statistics Clerk              Interpreter                  Initials of Deputy Clerk:   rec
     CJA Supervising Attorney      Fiscal