FILED
CLERK, U.S. DISTRICT COURT

JUL 2 8 2025
rec

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 25-CR-00198-KK |
| v. | |
| Alberto Javier Loza | **DESIGNATION AND APPEARANCE OF COUNSEL** |
| DEFENDANT(S). | |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint
_Elon Berk, Esq._____, Esquire, as my attorney to appear for
me throughout all proceedings in this case.

7/28/25_____
Date

_____
Defendant's Signature

Riverside, CA_____
City and State

### APPEARANCE OF COUNSEL

I, _Elon Berk_____ Attorney at law duly admitted to
practice before the United States District Court for the Central District of California, hereby consent to my designation and
appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as
defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

7/28/25_____
Date

_____
Attorney's Signature

209642_____
California State Bar Number

15250 Ventura Blvd #1220
Street Address

Sherman Oaks CA 91403
City, State, Zip Code

818-205-1555    818-205-1559
Telephone Number    Fax Number

EBerk@CrimLawLA.com
E-mail Address