*United States Probation & Pretrial Services*

United States District Court
Central District of California

Brian D. Karth
District Court Executive / Clerk of Court



Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT
08/05/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

PACTS No: 10091623

**Passport Receipt**

Defendant Name: Presilla Floes, Jeson Nelon

Name on passport, if different:

Country of Origin: Ecuador

Ordered by court in the Central District of California

Docket Number: 5:25CR00198-6

U.S. Probation & Pretrial Services
Headquarter

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
Phone 213-894-4726 / Fax 213-894-0231

JOHN ROBERTSON
*/s/ John Robertson*
Surrendered By

S. Marrujo

_____
Received By

_____
Returned To

_____
Surrendered By

Purpose Returned
Address (if mailed)

8/5/25
Date

08/05/2025

_____
Date

_____
Date

_____
Date