# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

FILED
CLERK, U.S. DISTRICT COURT
AUG - 5 2025
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Date: August 5, 2025
Re: Release Order Authorization
Docket Number: **5:25CR00198-3**
Defendant: Pablo Raul Lugo Larroig

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Tatiana Garcia
U.S. Probation & Pretrial Services Officer
Telephone No. 213-894-6927