UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | | |
|---|---|---|
| Case No. 5:25-cr-00198-KK-1 | | Date: 08/06/2025 |
| Present: The Honorable: Rozella A. Oliver, United States Magistrate Judge | | |
| Interpreter Estella Moll | Language | Spanish |
| Eduardo Ramirez | 08/06/2025 | Neil Thakor |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)   ✓ Present   In Custody | Attorneys for Defendants:   ✓ Present   CJA |
|---|---|
| Carlos Victor Mestanza Cercado | Adam Axelrad |

**Proceedings:** Arraignment of Defendant and/or    ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Estella Moll; Language: Spanish
* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Kenly Kiya Kato.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 09/29/2025 8:30 AM;
Pre-Trial Conference: 09/11/2025 1:30 PM; Motion Hearing: 09/11/2025 1:30 PM
* Government counsel provides trial estimate of 5-7 days.
* The parties are referred to Judge Kato's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.  For cases with previously assigned co-defendant(s), the parties are referred to the docket to review Judge Kato's criminal standing order, previously issued upon the first arraignment. Judge Kato is located in 3, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA 92501-3801.

cc:  PSALA      PSAED      PSASA           Initial Appearance/Appointment of Counsel: 00 : 00
  ✓ USMLA       USMED      USMSA
     Statistics Clerk            ✓ Interpreter          Arraignment: 00 : 03
  ✓ CJA Supervising Attorney       Fiscal         Initials of Deputy Clerk: ER by TRB