Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

**FILED**
2025 AUG -6 AM 10: 15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
JB

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF v. Carlos Victor Mestanza Cercado USMS# _____ DEFENDANT | CASE NUMBER: 5:25-CR-00198-KK-1 **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on _____ at _____ ☐ AM ☐ PM
   or
   The defendant was arrested in the Country of Panama District of _____ on 8/5/25 at 0900 ☑ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
   Title 18, USC, Section(s) 371, 1951(c), and 659

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☑ Yes Language: Spanish

7. Year of Birth: 1992

8. Defendant has retained counsel: ☑ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: D. Palacio

10. Remarks (if any): _____

11. Name: Lisa Shanahan (please print)

12. Office Phone Number: 310-477-6565

13. Agency: FBI

14. Signature: Lisa Shanahan

15. Date: 08/06/2025

CR-64 (09/20)                **REPORT COMMENCING CRIMINAL ACTION**