# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, **PLAINTIFF** | ☑ LA ☐ RS ☐ SA    DATE FILED: 6/11/2025 |
| | CASE NUMBER: 5:25-cr-00198-KK-1   ☐ Under Seal |
| v. | INIT. APP. DATE: 8/6/2025    TIME: 1:30 PM |
| Carlos Victor Mestanza Cercado | CHARGING DOC: Indictment |
| | DEFENDANT STATUS: In Custody |
| **DEFENDANT.** | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | VIOLATION: 18:1951.F; 18:1951.F; 18:1951.F; 18:659.F |
| | COURTSMART/REPORTER: CS 8/6/2025 |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Rozella A. Oliver | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:** Eddie Ramirez (Deputy Clerk)    Neil Thakor (Assistant U.S. Attorney)    Spanish/Estela Moll (Interpreter / Language)

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☐ Defendant states true name ☐ is as charged ☐ is _____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☒ Attorney: Adam Axelrad    ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☐ DFPD ☒ Panel ☐ Poss. Contribution
- Ordered (see separate order)    ☐ Special appearance by: _____
- ☒ Government's request for detention is:  ☒ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
- ☒ Contested detention hearing is held. ☒ Defendant is ordered: ☒ Permanently Detained  ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED  ☐ DENIED
- ☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ **PO/PSA WARRANT**   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at 11:30 AM   in Riverside
- ☐ Post-Indictment Arraignment set for: _____ at _____ in _____
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED  ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause:  ☐ GRANTED  ☐ DENIED
- ☐ Defendant executed Waiver of Rights.  ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - ☐ Warrant of removal and final commitment are ordered stayed until _____
- ☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
- ☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____   ☐ Judge's Courtroom _____
- ☒ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____).
- ☒ Other: PIA held. See separate minutes.

**RECEIVED:** ☒ PSA ☒ PROBATION ☒ FINANCIAL ☒ CR-10    ☑ READY    Deputy Clerk Initials **er** : 26