**ADAM AXELRAD, CSB 148981**
ATTORNEY AT LAW
3019 Ocean Park Blvd., # 134
Santa Monica, CA  90405
(310) 922-3315
aaxelrad@hotmail.com

Attorney for defendant Carlos Cercado

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS VICTOR MESTANZA CERCADO, et al.,<br><br>Defendants. | Case No. 25-CR-00198-KK-1<br><br>ORDER GRANTING DEFENDANT CARLOS CERCADO'S EX-PARTE APPLICATION RE PREPARATION OF A PRE-PLEA REPORT |

GOOD CAUSE appearing therefor, IT IS ORDERED THAT the United States Probation Office prepare a pre-plea report for defendant CARLOS CERCADO, limited to criminal history and career offender status, and without interview of the defendant.

///

///

///

IT IS FURTHER ORDERED that the Probation Office provide counsel for defendant Cercado copies of the criminal history or other records or documents that it considers or uses to prepare the report on defendant Cercado.

DATED: September 4, 2025

_____
HON. KENLY KIYA KATO
United States District Court Judge