Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2025 AUG 29  AM 10: 30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: mmc

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
v.

Jorge Enrique Alban
USMS# _____
DEFENDANT

CASE NUMBER: 5:25-CR-00198-KK-5

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on __8/29/25__ at __9:05__ ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   Title 18, United States Code, Section(s) 371, 1951(a), and 659

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: 1992

8. Defendant has retained counsel: ☐ No
   ☒ Yes  Name: Robert Bernstein       Phone Number: 310-429-4988

9. Name of Pretrial Services Officer notified: Elsa

10. Remarks (if any): _____

11. Name: Lisa Shanahan  (please print)

12. Office Phone Number: 310-477-6565    13. Agency: FBI

14. Signature: Lisa Shanahan     15. Date: 8/29/25

CR-64 (09/20)           REPORT COMMENCING CRIMINAL ACTION