FILED
CLERK, U.S. DISTRICT COURT

AUG 29 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF<br>v.<br>Jorge Enrique Alban<br><br>DEFENDANT(S). | CASE NUMBER<br><br>25-cr-00198-KK - 5<br><br>**DESIGNATION AND APPEARANCE OF COUNSEL** |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Robert M. Bernstein _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

8/29/25
Date

_[signature]_
Defendant's Signature

Los Angeles CA
City and State

## APPEARANCE OF COUNSEL

I, Robert M. Bernstein _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

8/29/25
Date

_[signature]_
Attorney's Signature

183398
California State Bar Number

9465 Wilshire Blvd. Suite 300
Street Address

Beverly Hills, CA 90212
City, State, Zip Code

310-477-1480
Telephone Number          Fax Number

Robert@California-law.org
E-mail Address

CR-14 (01/07)          DESIGNATION AND APPEARANCE OF COUNSEL