# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT
AUG 2 9 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PACTS No: 10304293

**Passport Receipt**

Defendant Name: Jorge Enrique Alban

Name on passport, if different: Alban Verduga, Jorge Enrique

Country of Origin: United States of America

Ordered by court in the Central District of California

Docket Number: 5:25CR00198-KK-5

U.S. Probation & Pretrial Services Headquarter

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
Phone 213-894-4726 / Fax 213-894-0231

_Robert Beauter_ (signature)
Surrendered By

_(signature)_
Received By

08/29/2025
Date

_08/29/2025_
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)