Recommend: ☑ Approval  ☐ Disapproval
*(if disapproval is checked, please complete the bottom of page 2)*

☑ Sufficient amount of equity
☑ Lot Book Report confirming title *(dated on or after date on which surety recorded Deed of Trust)*
☑ Property Appraisal *(assessed value or signed written appraisal of current market value)*
☑ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On 8/27/25                              5046
   Date                              Extension

By: Jena A. MacCabe
    *Assistant U.S. Attorney*
Signature: /s/

LODGED

2025 AUG 28 PM 12:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

FILED
CLERK, U.S. DISTRICT COURT
AUG 28 2025
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, v. | ED CR 25-198-KK-6 |
| Jeson Nelon Presilla Flores | |
| DEFENDANT(S). | AFFIDAVIT OF SURETY(IES) (PROPERTY) |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in _____ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 75,000.00 ,over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

---

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

---

Address and description of property:

1340 W. 8TH ST., UNIT 52, UPLAND, CA 91786
"LEGAL DESCRIPTION" ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

EMMA M. FLORES                                    1340 W. 8TH ST., UNIT 52
Print Name of Surety                              Address of Surety

X X X - X X - 9  3  2  4                          UPLAND, CA 91786
Social Security Number *(Last 4 digits only)*     City, State, Zip Code

☑ Sole Holder or Owner    ☐ Tenancy in Common    ☐ Joint Tenancy    ☐ Other: _____

Percentage of                    Present Fair Market                      Total Amount of
Interest of Surety % 100         Value of Property $ 400,000.00           Encumbrances and/or All Liens $ 318,661.78
                                 *(supporting documentation attached)*    *(list below separately)*

PHH Mortgage Services                             P.O. BOX 24738, WEST PALM BEACH, FL 33416
Name of Holder of 1st Encumbrance                 Address, City, State, Zip Code

_____                   _____
Name of Holder of 2nd Encumbrance                 Address, City, State, Zip Code

_____                   _____
Name of Holder of 3rd Encumbrance                 Address, City, State, Zip Code

Total Equity $ 81,338.22                          Homesteaders ☐ Yes ☑ No       Amount of Exemption $ N/A.
*(after deduction of encumbrance/liens)*          Exemption Filed?

NONE                                              N/A.
Number of other bonds or undertakings             Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral?  ☐ Yes    ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☑ Yes    ☐ No.  If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this ____5____ Day of AUGUST _____ 2025 _____.

*[signature]*                                     MOTHER
Signature of Surety                               Relationship of Surety

_____                   _____
Signature of Surety                               Relationship of Surety

                                                                                        AUG 2 8 2025
Above Surety Approved: *[signature]*                                    Dated: _____
                       United States Magistrate Judge

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation         ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____                    _____
                                                  Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                                                          Page 2 of 2

# EXHIBIT "A"

A CONDOMINIUM COMPRISED OF:

PARCEL NO. 1:

THAT PORTION OF LOT 1 OF TRACT NO. 8380, IN THE CITY OF UPLAND, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 111 PAGE(S) 59 TO 61, INCLUSIVE, RECORDS OF SAID COUNTY, SHOWN AND DEFINED AS UNIT NO. 52, ON THE CONDOMINIUM PLAN, RECORDED ON JANUARY 25, 1972, INSTRUMENT NO. 311, IN BOOK 7843, PAGE 403, OFFICIAL RECORDS.

PARCEL NO. 2:

AN UNDIVIDED .7671% INTEREST IN AND TO THAT PORTION OF SAID TRACT NO. 8380, SHOWN AND DEFINED AS "COMMON AREA" ON SAID CONDOMINIUM PLAN DIVIDED.

PARCEL NO. 3:

A NON-EXCLUSIVE EASEMENT FOR COMMUNITY DRIVEWAY PURPOSES OVER THAT PORTION OF LOT 2, TRACT NO. 8380, SHOWN AND INCLUDED AS "PRIVATE DRIVE B", ON SAID CONDOMINIUM PLAN WHICH EASEMENT IS FOR THE BENEFIT OF AND APPURTENANT TO THE LAND DESCRIBED IN PARCELS 1 AND 2 ABOVE.

**A.P.N: 1008-671-17-0-000**

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __San Bernardino__ )

On __August 05, 2025__ before me, __Antonio Guerrero, Notary Public.,__
(insert name and title of the officer)

personally appeared __Emma M. Flores.__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _/s/ Antonio Guerrero_   (Seal)

ANTONIO GUERRERO
Notary Public - California
Los Angeles County
Commission # 2504488
My Comm. Expires Nov 15, 2028