RECORDING REQUESTED BY

Clerk, U. S. District Court

WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
255 EAST TEMPLE STREET, STE. TS-134
LOS ANGELES, CALIFORNIA 90012



FILED
CLERK, U.S. DISTRICT COURT
AUG 28 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this __5th__ day of __August 2025__, between __Emma M. Flores, a single woman__, herein called TRUSTOR, whose address is __1340 W. 8th St., Unit 52, Upland, CA 91786__;
(Number and Street) (City) (State) (Zip)
__Chicago Title Company__ herein called TRUSTEE; and
Clerk, U.S. District Court, Central District of California, herein called BENEFICIARY;
**WITNESSETH:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE THAT PROPERTY IN __San Bernardino__ County, California, common address __1340 W. 8th St., Unit 52, Upland, CA 91786__, legally described as:

"LEGAL DESCRIPTION" ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF.
A.P.N: 1008-671-17-0-000

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph B(5) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) __Jeson Nelon Presilla Flores__ in Case No. __ED CR 25-198-KK-6__ which includes an obligation by said Trustor(s) surety(ies) in the amount of $ __75,000.00__.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely: August 18, 1964

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 | 1964 | 149774 | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on the reverse page hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by law.

CR-5        **SHORT FORM DEED OF TRUST - Page 1 of 2**

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

_____
Signature of Trustor ✗ Emma M. Flores ✗ *Emma M. Flores*

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

STATE OF _____California_____ )
                                        ) ss.
COUNTY OF ____San Bernardino_____ )

On_____August 05, 2025_____before me,_____Antonio Guerrero, Notary Public._____,
(name, title of officer, i.e., "Jane Doe, Notary Public")

personally appeared _____Emma M. Flores._____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature

[Notary Seal: ANTONIO GUERRERO, Notary Public - California, Los Angeles County, Commission # 2504488, My Comm. Expires Nov 15, 2028]

## REQUEST FOR FULL RECONVEYANCE
(To be used only when note has been satisfied)

To_____, Trustee    Dated_____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

MAIL RECONVEYANCE TO:                    Clerk, U. S. District Court
                                          Central District of California
Emma M. Flores
1340 W. 8th St., Unit 52
Upland, CA 91786
                                          _____
                                          Deputy Clerk

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

CR-5                    **SHORT FORM DEED OF TRUST - Page 2 of 2**

# EXHIBIT "A"

A CONDOMINIUM COMPRISED OF:

PARCEL NO. 1:

THAT PORTION OF LOT 1 OF TRACT NO. 8380, IN THE CITY OF UPLAND, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 111 PAGE(S) 59 TO 61, INCLUSIVE, RECORDS OF SAID COUNTY, SHOWN AND DEFINED AS UNIT NO. 52, ON THE CONDOMINIUM PLAN, RECORDED ON JANUARY 25, 1972, INSTRUMENT NO. 311, IN BOOK 7843, PAGE 403, OFFICIAL RECORDS.

PARCEL NO. 2:

AN UNDIVIDED .7671% INTEREST IN AND TO THAT PORTION OF SAID TRACT NO. 8380, SHOWN AND DEFINED AS "COMMON AREA" ON SAID CONDOMINIUM PLAN DIVIDED.

PARCEL NO. 3:

A NON-EXCLUSIVE EASEMENT FOR COMMUNITY DRIVEWAY PURPOSES OVER THAT PORTION OF LOT 2, TRACT NO. 8380, SHOWN AND INCLUDED AS "PRIVATE DRIVE B", ON SAID CONDOMINIUM PLAN WHICH EASEMENT IS FOR THE BENEFIT OF AND APPURTENANT TO THE LAND DESCRIBED IN PARCELS 1 AND 2 ABOVE.

**A.P.N: 1008-671-17-0-000**

CHICAGO TITLE PIRT
FCPF-0912504704

RECORDING REQUESTED BY

CLERK, U.S. DISTRICT COURT

AND WHEN RECORDED MAIL DOCUMENT TO.

CLERK, U.S. DISTRICT COURT
255 EAST TEMPLE STREET,
STE. TS-134
LOS ANGELES, CA 90012

APN: 1008-671-17-0-000

Electronically
Recorded in Official Records
San Bernardino County

Assessor-Recorder-County Clerk

**DOC# 2025-0199883**

| | | |
|---|---|---|
| 08/22/2025 08:51 AM | Titles: 2 | Pages: 4 |
| SAN | Fees | $57.00 |
| | Taxes | $0.00 |
| K4614 | CA SB2 Fee | $0.00 |
| | Total | $57.00 |

SPACE ABOVE FOR RECORDER'S USE ONLY

SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Free recording requested pursuant to Gov't code section 27383 and Rev & Taxation code 11922

☒ Exempt from the fee per GC 27388.1 (a) (2) (D); any real estate instrument, paper, or notice executed or recorded by the state or any county, municipality, or other political subdivision of the state.