UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 5:25-cr-00198-KK-5  
Date: 08/29/2025

Present: The Honorable: Brianna Fuller Mircheff, United States Magistrate Judge

Interpreter: N/A  
Language: N/A

| Christianna Howard | 08/29/2025 | Neil Thakor |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s): ✔ Present — In Custody  
Jorge Enrique Alban

Attorneys for Defendants: ✔ Present — Retained  
Robert M Bernstein

**Proceedings:** Arraignment of Defendant and/or ✔ Assignment of Case   Initial Appearance   Appointment of Counsel

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Kenly Kiya Kato.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/20/2025 8:30 AM;
Pre-Trial Conference: 10/02/2025 1:30 PM; Motion Hearing: 10/02/2025 1:30 PM
* Trial Estimate- 5 days
* The parties are referred to Judge Kato's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. For cases with previously assigned co-defendant(s), the parties are referred to the docket to review Judge Kato's criminal standing order, previously issued upon the first arraignment. Judge Kato is located in 3, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA92501-3801.

cc: PSALA   PSAED   PSASA  
USMLA   USMED   USMSA  
Statistics Clerk        Interpreter  
CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00  
Arraignment: 00 : 05  
Initials of Deputy Clerk: CH by TRB