BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
KEVIN J. BUTLER (Cal. Bar No. 329129)
Acting Chief, Major Crimes Section
JENA A. MACCABE (Cal. Bar No. 316637)
Acting Deputy Chief, Major Crimes Section
Assistant United States Attorneys
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6495/5046
     Facsimile: (213) 894-0141
     E-mail:   kevin.butler2@usdoj.gov
             jena.maccabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>JORGE ENRIQUE ALBAN,<br><br>       Defendant. | No. 5:25-cr-00198-KK-5<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE: 02-23-26 AT 8:30 A.M.**<br><br>**PRETRIAL CONFERENCE AND MOTION HEARING DATE: 02-05-26 AT 1:30 P.M.** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 19, 2025. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1    The Court further finds that:  (i) the ends of justice served by

2  the continuance outweigh the best interest of the public and

3  defendant in a speedy trial; (ii) failure to grant the continuance

4  would be likely to make a continuation of the proceeding impossible,

5  or result in a miscarriage of justice; and (iii) failure to grant the

6  continuance would unreasonably deny defendant continuity of counsel

7  and would deny defense counsel the reasonable time necessary for

8  effective preparation, taking into account the exercise of due

9  diligence.

10    THEREFORE, FOR GOOD CAUSE SHOWN:

11    1.    The trial in this matter is continued from October 20,

12  2025, to February 23, 2026.  The pretrial conference and motion

13  hearing is continued to February 5, 2026, at 1:30 p.m.

14    2.    The time period of October 20, 2025, to February 23, 2026,

15  inclusive, is excluded in computing the time within which the trial

16  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

17  and (B)(iv).

18    3.    Nothing in this Order shall preclude a finding that other

19  provisions of the Speedy Trial Act dictate that additional time

20  periods are excluded from the period within which trial must

21  commence.  Moreover, the same provisions and/or other provisions of

22  the Speedy Trial Act may in the future authorize the exclusion of

23  //

24  //

2

1  additional time periods from the period within which trial must

2  commence.

3         IT IS SO ORDERED.

4

5   September 22, 2025                    _____
    DATE                                 HONORABLE KENLY KIYA KATO
6                                        UNITED STATES DISTRICT JUDGE

7

8

9  Presented by:

10      /s/
    _____
    KEVIN J. BUTLER
11  JENA A. MACCABE
    Assistant United States Attorneys
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28