JOHN D. ROBERTSON (SBN. 72400)
LAW OFFICES OF JOHN D. ROBERTSON, APC
1021 S. Union Ave.
Los Angeles, CA 90015
Tel:   (213) 482-8893
Fax:   (213) 482-5002
Email:  jdrlaw@hotmail.com

Attorney for Defendant,
JESON NELON PRESILLA FLORES, Deft #6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          Plaintiff,<br><br>     vs.<br><br>**MESTANZA CERCADO, et. al**<br><br>**JESON NELON PRESILLA FLORES, #6**          Defendant. | Case No. 5:CR 25-198-KK-(6)<br><br>**[PROPOSED] ORDER** |

     GOOD CAUSE APPEARING THEREFOR, and considering the Motion to (1) Dismiss Indictment with Prejudice and (2) For An Order Exonerating Bond of Defendant Jeson Nelon Presilla Flores, it is hereby ordered that the Indictment in this case, Case No. 5:CR 25-198-KK-(6), is dismissed, with prejudice, as to Defendant Jeson Nelon Presilla Flores, and it is ordered that the bonds posted by Defendant Flores are exonerated. IT IS SO ORDERED.

DATED: _____          _____
                                         **HONORABLE KIYA KATO**
                                         **U.S. DISTRICT COURT JUDGE**

1