UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS VICTOR MESTANZA CERCADO,
JAZAEL PADILLA RESTO,
aka "Ricardo Noel Moya,"
aka "Ricardo Barbosa,"
aka "Alberto Javier Loza Chamorro,"
PABLO RAUL LUGO LARROIG,
aka "Walter Loza," and
JORGE ENRIQUE ALBAN,

Defendants.

No. 5:25-cr-00198-KK-1, 2, 3, 5

ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT

**TRIAL DATE: 10-05-26**

**PRETRIAL CONFERENCE AND MOTION HEARING DATE: 09-17-26**

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on January 23, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into

this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Additionally, pursuant to 18 U.S.C. § 3161(h)(6), the time period of February 23, 2026, to October 5, 2026, constitutes a reasonable period of delay for defendant CARLOS VICTOR MESTANZA CERCADO, who is joined for trial with co-defendants as to whom the time for trial has not run and no motion for severance has been granted.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from February 23, 2026, to October 5, 2026. The pretrial conference and motion hearing is continued to September 17, 2026, at 1:30 p.m.

2. The time period of February 23, 2026, to October 5, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(6), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendants shall appear in Courtroom 3 of the Federal Courthouse, 3470 Twelfth Street, Riverside, California, on September

17, 2026, at 1:30 p.m. for the pretrial conference and motion hearing and on October 5, 2026, at 8:30 a.m. for trial.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.



January 26, 2026
DATE

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
KEVIN J. BUTLER
JENA A. MACCABE
Assistant United States Attorneys