UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS VICTOR MESTANZA CERCADO,
ALBERTO JAVIER LOZA,
aka "Ricardo Noel Moya,"
aka "Ricardo Barbosa,"
aka "Alberto Javier Loza Chamorro,"
aka "Jazael Padilla Resto,"
PABLO RAUL LUGO LARROIG,
aka "Walter Loza,"
JORGE ENRIQUE ALBAN,

Defendants.

No. 5:25-cr-00198-KK-1, 2, 3, 5

ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT

**TRIAL DATE: 03-22-27**

**PRETRIAL CONFERENCE AND MOTION HEARING DATE: 03-04-27**

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 11, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from October 5, 2026, to March 22, 2027. The pretrial conference and motion hearing is continued to March 4, 2027, at 1:30 p.m.

2. The time period of October 5, 2026, to March 22, 2027, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//

//

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

September 11, 2026
DATE

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

Presented by:

/s/

KEVIN J. BUTLER
JENA A. MACCABE
Assistant United States Attorneys